# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2014

## NO. 03-13-00757-CV

**Donald Knepp and Andrea Knepp, Appellant**

**v.**

**KRAK Investments, LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on Novemebr 13, 2013. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.